United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MICHAEL LOZANO, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-127 |
| § | |
| WILLIAMSON BOAT WORKS, LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiffs Michael and Josaphat Lozano filed a motion to remand this case to state court. (Motion, Doc. 4) The Plaintiffs have also sought fees and costs associated with the removal. (*Id.*)

For the reasons stated on the record at the initial pretrial conference, the Court finds that good cause supports some of the requested relief. As a result, it is:

**ORDERED** that Plaintiffs' Motion to Remand (Doc. 4) is **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that this case is remanded to the 404th District Court for Cameron County, Texas; and

**ORDERED** that Plaintiffs' request for attorney's fees and costs is **DENIED**.

The Clerk of Court is ordered to close this case.

Signed on November 1, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge